# United States Bankruptcy Court
**District of Delaware**

In re **Juan R Colon**    Case No. _____
Debtor(s)    Chapter **13**

## CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR.L.R. 3023-1

The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor's employer shall pay to the trustee the sum of **$500.00 Monthly for 60 months**.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees **$3,193.00**
    (B) Priority Taxes
      Tax            Tax Year Due            Amount
      -NONE-
    (C) Other Priority or Administrative Expenses
      Creditor Name            Amount
      -NONE-

2. (As applicable - Pro-rata with or subsequent to) dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (A) Long term or mortgage debt -
    PRE-PETITION ARREARAGE ONLY, to be paid to **Bank of America** $**0.00  7299 Marshall Street, Lincoln DE 19960** (total amount of pre-petition arrears for the real property (collateral identified)). Debtor shall continue to make regular post-petition payments directly to ____ This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1 (b) and the parties shall be so governed.

    (B) Secured Vehicle debt (cramdown) -
    Pro-rata payments to: **Dover Fed Credit Union** in the amount of $ **7,750.00** for payment in full of the value of property or in equal monthly payments of $____ per month for the **2003 Toyota Forerunner**. Total payments will be $ **1,303.73**.

    Pro-rata payments to: **Dover Fed Credit Union** in the amount of $ **10,025.00** for payment in full of the value of property or in equal monthly payments of $____ per month for the **2007 Ford Explorer Sport Trac**. Total payments will be $ **1,686.02**.

    (C) Secured Vehicle debt (910 car claim) -
    Pro-rata payments to ____ in the full amount of the vehicle claim or in equal monthly payments of $____ per month for the ____. Total payments will be $____.

    (D) Other secured debt:
      Creditor Name            Amount
      -NONE-

3. Surrender - Secured Collateral to:
\_\_\_\_\_. Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Claims, if any, submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

4. Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

General unsecured creditors will be paid ☒ a dividend of 100% of their allowed claim, or ☐ a prorata dividend of 1.  $\_\_\_ BIOC or 2. $\_\_\_ Disp. Income x 60 months as calculated under Section 1325(b), or ☒ a pro-rata dividend, if any. **Except for Daughter's Student Loans**

5. (If applicable) The following leases or executory contracts of the debtor will be treated as follows:
**-NONE-**

6. Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee.  Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

7. Other special provisions of the Plan: **All Student loans belong to Debtor's Daughter and will not be paid out through the plan.**

8. A proof of claim must be filed in order to share in distributions under the plan.  A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. Click on "Submit a Proof of Claim" link and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file a paper claim, go the United States Bankruptcy Court, District of Delaware website (http://www.deb.uscourts.gov) and click on the Programs & Services tab, then select Claims Information. The instructions for obtaining a claim form are listed under "General Claims Information". Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

| **/s/ Juan R Colon** | **October  2, 2014** |
|---|---|
| Debtor's Signature | Date |

| **/s/ Mark M. Billion DE BAR** | **October  2, 2014** |
|---|---|
| Attorney for Debtor(s) | Date |

# CHAPTER 13 PLAN ANALYSIS

**Debtors:** Juan R Colon  
**Date:** October 2, 2014

**Case #** 14-12258

Prior Bankruptcy ( )     Chapter 13 ( )     Trustee Use:  
Estimated Length of Plan:  
341 Meeting Date:  
Continued:  
Confirmed Date:

## TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATE EXPENSES

| | | |
|---|---|---:|
| A. | Total Priority Claims (Class One) | $ 3,193.00 |
| | 1. Unpaid Attorney's Fees | $ 3,193.00 |
| | 2. Taxes | $ 0.00 |
| | 3. Other | $ 0.00 |
| B. | Total of Payments to Cure Defaults (Class Two) | $ 0.00 |
| C. | Total of Payments to Secured Claims (Class Three) | $ 24,857.00 |
| D. | Total of Payments on Unsecured Claims (Class Four) | $ 0.00 |
| E. | Sub-Total | $ 28,050.00 |
| F. | Total Trustee's Compensation (6.5% of debtor's payments) | $ 1,950.00 |
| G. | Total Debt and Administrative Expenses | $ 30,000.00 |

## RECONCILIATION WITH CHAPTER 7

| | | | |
|---|---|---|---:|
| H. | Interest of Class Four Creditors If Chapter 7 Filed | | |
| | 1. | Value of debtor's interest in non-exempt property | $ 500.00 |
| | 2. | Plus: Value of Property Recoverable Under Avoiding Powers | $ 0.00 |
| | 3. | Less: Estimated Chapter 7 Administrative Expenses | $ 125.00 |
| | 4. | Less: Amounts Payable to Priority Creditors other than costs of administration | $ 0.00 |
| | 5. | Equal: Estimated Amount Payable to Class Four Creditors if Chapter 7 Filed (if negative, enter zero) | $ 375.00 |
| I. | Estimated Dividend for class four under Chapter 7 | | $ 375.00 |
| J. | Estimated Dividend for class four under Plan | | $ 0.00 |

Date **October 2, 2014**     Signature **/s/ Juan R Colon**  
**Juan R Colon**  
Debtor

Date **October 2, 2014**     Signature **/s/ Mark M. Billion DE BAR**  
**Mark M. Billion DE BAR #5263**  
Attorney

**Billion Law**  
**922 New Road**  
**2d Floor**  
**Wilmington, DE 19805**  
**302.428.9400**